**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY DELFARNO,** | ) | CA 05 385 T |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.______** |
| **vs.** | ) | |
| | ) | |
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PETITION FOR REMOVAL OF CIVIL ACTION**
**TO U.S. DISTRICT COURT**

PLEASE TAKE NOTICE that defendant Federal Express Corporation ("FedEx") hereby files its Petition for Removal under 28 U.S.C. §§1331 and 28 U.S.C. §1441 to effect removal of this matter which was commenced in the Superior Court of the State of Rhode Island, Providence, S.C., under cause number PC 05-4363. Defendants state that removal is proper for the following reasons:

1. On August 24, 2005, plaintiff filed this action in the Superior Court of the State of Rhode Island, Providence, S.C., under cause number PC 05-4363. Federal Express first received notice of this action on August 24, 2005, and thirty days since such first receipt have not yet expired.

2. The United States District Courts have original jurisdiction by reason of federal question jurisdiction, 28 U.S.C. § 1331.

3. The claims asserted by the Plaintiffs in their Complaint and the liability of the Defendant, if any, are governed by principles of federal common law applicable to shipments made in interstate commerce by a federally certified air carrier such as FedEx. *See Read-Rite Corp. v. Burlington Air Express, Ltd., 186 F. 3d 1190 (9th Cir. 1999).* As such, this Court has

original jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. § 1331 and this civil action may be removed pursuant to 28 U.S.C. § 1441(b). *Sam L. Majors Jewelers v. ABX, Inc., 117 F.3d 922 (5th Cir. 1997); McCall-Thomas Eng'g Co. v. Federal Express Corp., 81 F.2d 28, 30 (4th Cir. 1996) ("Claims involving shipments in interstate commerce by air carriers are governed by federal law."); see also Diero v. American Airlines, Inc., 816 F.2d 1360 (9th Cir. 1987); First Pennsylvania Bank, N.A. v. Eastern Airlines, Inc., 731 F.2d 1113 (3d Cir. 1984); North American Phillips Corp. v. Emery Air Freight Corp., 579 F.2d 229 (2d Cir. 1978).*

4. Attached hereto as Exhibit A is a true and correct copy of all pleadings and process filed in this action in the Superior Court of the State of Rhode Island, Providence, S.C.

5. A notice of filing of this Petition for Removal is being concurrently filed with the Superior Court of the State of Rhode Island, Providence, S.C., and is concurrently being served on plaintiffs.

WHEREFORE, defendants pray that this civil action be removed to this Court from the Superior Court of the State of Rhode Island, Providence, S.C.

DATED this 9th day of September, 2005.

Robert W. Smith - #1874
ARMSTRONG, GIBBONS & GNYS, L.L.P.
155 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 751-1500
Telefax: (401) 751-4124

## PROOF OF SERVICE

I declare that I am employed in the Providence County of Rhode Island. I am over eighteen years old and not a party to the within case. My business address is Armstrong, Gibbons & Gnys, LLP, 155 South Main Street, Providence, Rhode Island 02903. I am readily familiar with the business practice in my office for collection and processing of correspondence for mailing with the United States Postal Service, and such practice provides that correspondence will be deposited in the ordinary course of business with the United States Postal Service in Providence County the same day it was collected from me.

On September 9, 2005, I served the attached documents entitled: **DEFENDANTS' PETITION FOR REMOVAL OF CIVIL ACTION TO U.S. DISTRICT COURT** by placing a true copy thereof in a sealed envelope for collection and mailing on the date below following ordinary business practices in my office, addressed as follows:

CHRISTOPHER J. O'CONNOR, ESQ.
POORE & ROSENBAUM, L.L.P.
30 Exchange Terrace
Providence, RI 02903

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 9, 2005 at Providence County, Rhode Island.

Robert W. Smith - #1874
ARMSTRONG, GIBBONS & GNYS, L.L.P.
155 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 751-1500
Telefax: (401) 751-4124