STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

ANTHONY DELFARNO :
:
vs. : C.A. No. PC 05-4363
:
FEDERAL EXPRESS CORPORATION :

## COMPLAINT

### PARTIES

1. Plaintiff Anthony DelFarno is a resident and domiciled inhabitant of the City of Cranston, County of Providence, State of Rhode Island

2. Defendant Federal Express Corporation (hereinafter, "FedEx") is a foreign business corporation licensed to do business in and is in fact engaged in business in the County of Providence, State of Rhode Island. Defendant FedEx has the necessary minimum contacts with the State of Rhode Island to confer jurisdiction upon this Honorable Court.

3. The amount in dispute is sufficient to confer jurisdiction upon this Honorable Court.

### FACTUAL BACKGROUND

4. Defendant FedEx is engaged in the business of delivering items for profit throughout the United States.

5. On or about February 2, 2005, Plaintiff Anthony DelFarno packaged certain items belonging to him in four (4) boxes to be delivered overnight by Defendant FedEx from Warwick, Rhode Island to an intended recipient in Aventura, Florida.

MC 8/24/05

6. The four (4) boxes contained the following items: (a) Andy Warhol screenprint – "The Scream" (After Munch) 1884; (b) Andy Warhol silkscreen suite – "Love Suite;" (c) a Peter Max Painting; (d) 2004 Boston Red Sox Team Signed World Series Baseball; and (e) Curt Schilling Hand Signed 2004 World Series Jersey and Manny Ramirez Hand Signed MVP Insc. Red Sox Jersey.

7. Prior to packaging and shipping the aforementioned items Plaintiff Anthony DelFarno consulted with Defendant FedEx because he wanted to package his shipment properly and insure the items. Pursuant to Defendant FedEx's instructions, Plaintiff Anthony DelFarno packaged the four boxes as two shipments and he purchased insurance – a declared value fee – for the contents of the boxes.

8. On or about February 2, 2005, Defendant FedEx accepted the four (4) boxes as two shipments and items contained therein from Plaintiff Anthony DelFarno to be delivered overnight to Aventura Florida. FedEx received two air bills, containing the following tracking numbers 846534592581 and 846534593570.

9. Plaintiff Anthony DelFarno paid Defendant FedEx to deliver the four (4) boxes and items contained therein to Aventura, Florida via overnight delivery.

10. Defendant FedEx accepted payment from Plaintiff in exchange for delivering the four (4) boxes and items contained therein to Aventura, Florida. Moreover, Plaintiff Anthony DelFarno was charged and paid an additional amount to Defendant as a declared value fee.

11. Defendant FedEx failed to deliver the entire shipment to the intended recipient in Aventura, Florida. In fact, the intended recipient received only one (1) box which contained the Andy Warhol silkscreen suite entitled "Love Suite."

12. Defendant FedEx has lost, misplaced, improperly handled and converted the three (3) missing boxes and items contained therein.

13. Plaintiff Anthony DelFarno has demanded that Defendant FedEx either return the missing boxes and items to Plaintiff or in the alternative deliver the items to the intended recipient; to date Defendant has failed to do either.

14. Plaintiff Anthony DelFarno has complied with all conditions precedent prior to filing this Complaint.

15. As a result of the Defendant FedEx's actions or inactions, Plaintiff has incurred damages. The approximate total fair market value of the items contained in the three (3) boxes is $38,000.00.

**COUNT I**
**BREACH OF BAILMENT**

16. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 15 above as if fully set forth herein.

17. Plaintiff Anthony DelFarno entrusted certain items to Defendant FedEx for the purpose of delivering these items for hire to an intended recipient in Aventura, Florida.

18. Defendant FedEx accepted the boxes and payment from Plaintiff for delivery of said items.

19. Defendant FedEx failed to deliver the items to the intended recipient in Aventura, Florida.

20. Plaintiff Anthony DelFarno has demanded return of the non-delivered items, but to date Defendant FedEx has refused to return said items or reimburse Plaintiff for the fair market value of the items.

21. As a result of Defendant FedEx's breach of bailment, Plaintiff has been damaged. The approximate total fair market value of the items contained in the three (3) boxes that is $38,000.00.

WHEREFORE, Plaintiff Anthony DelFarno demands judgment against Defendant FedEx in the amount of $38,000.00, plus interest, costs, reimbursement of shipping and related fees, and reasonable attorney's fees.

**COUNT II**
**BREACH OF CONTRACT**

22. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 21 above as if fully set forth herein.

23. Plaintiff Anthony DelFarno hired Defendant FedEx to deliver items to an intended recipient in Aventura, Florida via overnight delivery.

24. Defendant FedEx failed to deliver the items to the intended recipient via overnight delivery.

25. Defendant FedEx thereby breached its contract with Plaintiff for the delivery of goods.

26. As a result of the Defendant FedEx's breach of contract, Plaintiff has been damaged. The approximate total fair market value of the items contained in the three (3) boxes is $38,000.00.

WHEREFORE, Plaintiff Anthony DelFarno demands judgment against Defendant FedEx in the amount of $38,000.00, plus interest, costs, reimbursement of shipping and related fees, and reasonable attorney's fees.

**COUNT III**
**NEGLIGENCE**

27. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 26 above as if fully set forth herein.

28. Defendant FedEx had a duty to deliver Plaintiff's packages and/or return the packages to Plaintiff in the event that it could not deliver the packages.

29. Defendant FedEx has breached its duty to Plaintiff.

30. Defendant's FedEx's breach of its duty is the proximate cause of Plaintiff's damages.

WHEREFORE, Plaintiff Anthony DelFarno demands judgment against Defendant FedEx in the amount of $38,000.00, plus interest, costs, reimbursement of shipping and related fees, and reasonable attorney's fees.

**COUNT IV**
**R.I.G.L. § 9-1-45**

31. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 30 above as if fully set forth herein.

32. Defendant FedEx breached its contract with Plaintiff without any justifiable defense and without any justifiable issue of fact or law.

WHEREFORE, Plaintiff Anthony DelFarno demands judgment against Defendant FedEx for reasonable attorney's fees pursuant to R.I.G.L. § 9-1-45.

Plaintiff Anthony DelFarno,
by his attorneys,

Christopher J. O'Connor, Esq. (#5078)
POORE & ROSENBAUM LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 - telephone
(401) 831-2220 – facsimile

Plaintiff demands a trial by jury.

Christopher J. O'Connor, Esq. (#5078)