**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CA 05 385 T

| | | |
|---|---|---|
| **ANTHONY DELFARNO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.______** |
| **vs.** | ) | |
| | ) | |
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of defendant, Federal Express Corporation, in the above-captioned matter.

Robert W. Smith - #1874
ARMSTRONG, GIBBONS & GNYS, L.L.P.
155 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 751-1500
Telefax: (401) 751-4124

September 9, 2005

Copy to: Christopher J. O'Connor, Esquire