**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY DELFARNO** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **C.A. 05-385T** |
| **FEDERAL EXPRESS CORPORATION** | : | |
| **Defendant,** | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant Federal Express Corporation hereby moves that Thomas W. Murrey, Jr. be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

Federal Express Corporation
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, Tennessee 38125

Dated: February 21, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Tennessee and am admitted to practice before all Tennessee State Courts including the Tennessee Supreme Court and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Courts for the Eastern and Western Districts of Arkansas, the Western District of Tennessee, the Northern and Southern Districts of Texas, and the Eastern District of Michigan. I am also admitted to practice before the United States Court of Appeals for the Armed Forces and the United States Supreme Court.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.