UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ANTHONY DELFARNO** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. 05-385T** |
| | : | |
| **FEDERAL EXPRESS CORPORATION** | : | |
| | : | |
| **Defendant,** | : | |
| | : | |
| | : | |

---

**MOTION FOR ADMISSION *PRO HAC VICE***

---

Defendant Federal Express Corporation hereby moves that Thomas W. Murrey, Jr. be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

Federal Express Corporation
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, Tennessee 38125

Dated: February 21, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Tennessee and am admitted to practice before all Tennessee State Courts including the Tennessee Supreme Court and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Courts for the Eastern and Western Districts of Arkansas, the Western District of Tennessee, the Northern and Southern Districts of Texas, and the Eastern District of Michigan. I am also admitted to practice before the United States Court of Appeals for the Armed Forces and the United States Supreme Court.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Thomas W. Murrey Jr.
Signature of Pro Hac Vice Applicant

Thomas W. Murrey, Jr.
Tennessee Bar No.011623
Federal Express Corporation
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, Tennessee 38125
Tel. (901) 434-8558
Fax (901) 434-9279

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Robert W. Smith, Esq.
Rhode Island Bar No. 1874
Armstrong, Gibbons & Gnys
155 South Main Street
Providence, Rhode Island 02903
Tel. (401) 751-1500
Fax (401) 751-4124

**CERTIFICATION**

I hereby certify that a copy of the within motion for admission pro hac vice was forwarded to **Christopher J. O'Connor, Esquire,** Poore & Rosenbaum, L.L.P., 30 Exchange Terrace, Providence, Rhode Island 02903 on the 28th day of February, 2006, postage prepaid, regular mail and/or hand-delivered.