UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ANTHONY DELFARNO, :

VS. : C.A. No. 05-385T

FEDERAL EXPRESS CORPORATION :

DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF

Defendant, Federal Express Corporation, pursuant to Fed.R.Civ.P. 37, hereby moves this Court for an order, compelling plaintiff, Anthony Delfarno, to file answers to interrogatories and produce documentation pursuant to defendant's interrogatories and request for production served on the plaintiff on February 28, 2006. Defendant's interrogatories and request for production of documents are attached hereto and made a part hereof. Defendant requests that the plaintiff be compelled to comply with this discovery within thirty (30) days from the date of the hearing of this motion.

Defendant
By its Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to **Christopher J. O'Connor, Esquire,** Poore & Rosenbaum LLP, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903 on the 7TH day of April, 2006, postage prepaid, regular mail and/or hand-delivered.

Jean Hope

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY DELFARNO** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **C.A. 05-385T** |
| **FEDERAL EXPRESS CORPORATION** | : | |
| **Defendant,** | : | |

**DEFENDANT'S FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF**

DEFINITIONS AND INSTRUCTIONS

1. As used herein, the terms "YOU" and "YOUR" and variations thereof refer to Plaintiff ("Plaintiff"), its employees, agents and attorneys, and any person acting on its behalf.

2. As used herein, the term "IDENTIFY" when referring to an individual means to provide the name, last known address and telephone number of the individual.

3. As used herein the term "DOCUMENT" is intended to be as comprehensive as the meaning provided in the applicable court rules, and to include without limitation, any and all written, printed, typed or graphic material of any kind or nature, as well as all mechanical, electronic, sound recordings, or video recordings in your possession or control. It shall also mean all drafts and non-identical copies differing only as to marginalia of documents, by whatever means made.

**INTERROGATORY NO. 15** Identify each individual who was present at the time the Shipment was packaged.

**INTERROGATORY NO. 16** Identify any insurance company with which a claim was filed as a result of the alleged loss of the contents of the Package, and identify any payments received from any insurance company as a result of said claim(s).

**INTERROGATORY NO. 17** State the name and address of each insurance company and the policy number and policy limits of each policy that may cover you, in whole or in part of the damages related to the incident.

**INTERROGATORY NO. 18** State whether or not you had sold the shipped items in question, and if the answer is yes, state the sales price you received for each of the shipped items that are the subject of Your Complaint.

Defendant,
By its Attorney,

Robert W. Smith - #1874
ARMSTRONG, GIBBONS & GNYS, L.L.P.
155 South Main Street
Providence, Rhode Island 02903
751-1500
FAX: 751-4124

**CERTIFICATION**

I hereby certify that a copy of the within interrogatories was forwarded to **Christopher J. O'Connor, Esquire,** Poore & Rosenbaum, L.L.P., 30 Exchange Terrace, Providence, Rhode Island 02903 on the 28th day of February, 2006, postage prepaid, regular mail and/or hand-delivered.