UNITED STATES DISTRICT COURT

RECEIVED

DISTRICT OF RHODE ISLAND

FILED
APR 07 2006

APR 2 2006

ANTHONY DELFARNO, :

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

VS. C.A. No. 05-385T

FEDERAL EXPRESS CORPORATION :

DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF

Defendant, Federal Express Corporation, pursuant to Fed.R.Civ.P. 37, hereby moves this Court for an order, compelling plaintiff, Anthony Delfarno, to file answers to interrogatories and produce documentation pursuant to defendant's interrogatories and request for production served on the plaintiff on February 28,.2006. Defendant's interrogatories and request for production of documents are attached hereto and made a part hereof. Defendant requests that the plaintiff be compelled to comply with this discovery within thirty (30) days from the date of the hearing of this motion.

Defendant
By its Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/25/06

GRANTED, no objection having been filed.

DAVID L. MARTIN
United States Magistrate Judge
April 28, 2006