UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ANTHONY DELFARNO, :

VS. : C.A. No. 05-385T

FEDERAL EXPRESS CORPORATION :

STIPULATION

It is hereby stipulated and agreed by and between the parties that the above-captioned matter may be dismissed with prejudice, no interest, no costs.

Christopher J. O'Connor #5078
Attorney for Plaintiff

Robert W. Smith #1874
Attorney for Defendant

MAY 4, 2006
~~April , 2006~~

Ernest C. ... Chief, U.S. Dis...

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/15/06